```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 03392
    MICHAEL PILARCZYK
    JULIE M PILARCZYK                           CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-4116     SSN XXX-XX-6950

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/29/2004 and was confirmed 04/05/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   10.00%.

      The case was paid in full 12/12/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
 GLENN STEARNS CH 13 TR   NOTICE ONLY     NOT FILED             .00               .00
 CHASE MANHATTAN MORTGAGE CURRENT MORTG   65983.22              .00          65983.22
 CHASE MANHATTAN MORTGAGE MORTGAGE ARRE   19570.17              .00          19570.17
 CAPITAL ONE              UNSECURED       NOT FILED             .00               .00
 WEXLER & WEXLER          UNSECURED       NOT FILED             .00               .00
 CAPITAL ONE BANK         UNSECURED       NOT FILED             .00               .00
 EMERGE                   UNSECURED       NOT FILED             .00               .00
 EMERGE MASTERCARD        UNSECURED       NOT FILED             .00               .00
 GENZYME GENETICS         UNSECURED       NOT FILED             .00               .00
 HELP FINANCIAL           UNSECURED       NOT FILED             .00               .00
 MACNEAL HOSPITAL         UNSECURED       NOT FILED             .00               .00
 MEDICAL SURGICAL DERMATO UNSECURED       NOT FILED             .00               .00
 METROPOLITAN ADVANCE RAD UNSECURED       NOT FILED             .00               .00
 ROUNDUP FUNDING LLC      UNSECURED        4885.20              .00            488.52
 TARGET                   NOTICE ONLY     NOT FILED             .00               .00
 RIVERSIDE OB GYN LTD     UNSECURED       NOT FILED             .00               .00
 ISAC                     UNSECURED       14944.08              .00           1494.41
 CITI CARDS               UNSECURED        3253.15              .00            325.32
 CHASE MANHATTAN          NOTICE ONLY     NOT FILED             .00               .00
 ROBERT V SCHALLER ^      DEBTOR ATTY      1,200.00                           1,200.00
 TOM VAUGHN               TRUSTEE                                             5,115.98
 DEBTOR REFUND            REFUND                                              1,165.45

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                  95,343.07

 PRIORITY                                              .00
 SECURED                                         85,553.39
 UNSECURED                                        2,308.25
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 03392 MICHAEL PILARCZYK & JULIE M PILARCZYK

```
ADMINISTRATIVE                                            1,200.00
TRUSTEE COMPENSATION                                      5,115.98
DEBTOR REFUND                                             1,165.45
                                      ---------------   ---------------
TOTALS                                      95,343.07         95,343.07
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE